AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**ANTHONY LEE JARVIS**

**CRIMINAL COMPLAINT**

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __MARCH 15, 2007__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant(s) did, (Track Statutory Language of Offense)

**unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.**

in violation of Title __21__ United States Code, Section(s) __841(a)(1)__.

I further state that I am __INVESTIGATOR MICHAEL JEWELL__, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Signature of Complainant
**INVESTIGATOR MICHAEL JEWELL**
**FIRST DISTRICT, MPD**

Sworn to before me and subscribed in my presence,

_____ at   __Washington, D.C.__
Date                                                                       City and State

_____        _____
Name & Title of Judicial Officer                           Signature of Judicial Officer

**STATEMENT OF FACTS**

     On March 15, 2007, an undercover officer (UC) with the Metropolitan Police Department went to xxx x$^{xx}$ Xxxxxx, X.X., Xxxxxxxxxx, X.X. to meet with the defendant, Anthony Jarvis, to purchase 62 grams of crack cocaine. The UC and the defendant went inside of the bathroom where the defendant gave the UC a clear plastic bag containing a large white rock-like substance. The UC gave the defendant $2,800.00 of pre-recorded MPDC funds. After the UC left premises. The officers placed the defendant under arrest. The defendant was positively identified by the UC. Recovered from the defendant's left rear pants pocket was the $2,800.00 of pre-recorded MPDC funds. A portion the white rock-like substance field tested positive for cocaine. The approximate weight of the white rock-like substance was 65 grams.


                                          INVESTIGATOR MICHAEL JEWELL
                                          FIRST DISTRICT, MPD


SWORN AND SUBSCRIBED BEFORE ME ON THIS __ DAY OF MARCH, 2007.


                                          U.S. MAGISTRATE JUDGE