UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO. 07-0097M-01 (CR) |
| **ANTHONY LEE JARVIS,** | : | VIOLATIONS: 21 U.S.C.§841(a)(1) |
| **Defendant.** | : | and §841(b)(1)(A)(iii) |
| | : | (Unlawful Distribution of 50 Grams or More |
| | : | of Cocaine Base) |

### I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

On or about March 15, 2007, within the District of Columbia, **ANTHONY LEE JARVIS**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 50 grams or more.

(**Unlawful Distribution of 50 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii))

JEFFREY A. TAYLOR
Attorney of the United States in
and for the District of Columbia
Bar No. 498-610

BY: _____
LOUIS RAMOS
Assistant United States Attorney
Bar No. 472-176
Federal Major Crimes Section
555 4th Street, N.W., Room 4243
Washington, D.C. 20530
(202) 305-2195