AO 455 (Rev. 5/85)   Waiver of Indictment

# United States District Court

DISTRICT OF _____

FILED
JUN 1 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

WAIVER OF INDICTMENT

CASE NUMBER: 07-132

I, _Jarvis Anthony Lee_, the above named defendant, who is accused of

_21 § 841 (a)(1) and (b)(1)(A)(iii)_

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _June 13, 2007_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Date

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer