**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Crim. No.  07-132 (JR)** |
| | : | |
| **JARVIS ANTHONY LEE,** | : | |
| | : | |
| **Defendant.** | : | |

**UNOPPOSED MOTION TO CONTINUE SENTENCING DATE**

Mr. Jarvis Lee, the defendant, through undersigned counsel, respectfully moves this

Honorable Court to continue the sentencing in this case which is presently scheduled for

September 28, 2007 at 9:30 a.m.  In support of this motion, counsel states:

On June 13, 2007, Mr. Jarvis Lee, the defendant, pled guilty to a one count Information

charging him with Unlawful Distribution of 50 Grams or More of Cocaine Base, in violation of

21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(iii).  On August 27, 2007, the parties appeared in this

case for sentencing.  At that time, this Court did not want to proceed to sentencing, in part,

because Mr. Lee is not eligible for a safety valve reduction under the sentencing guidelines.

Further, Mr. Lee indicated, through undersigned counsel, that he may wish to explore the option

of withdrawing his plea agreement.  In light of all of this information and discussion with the

Court about possible options, this Court granted undersigned counsel's request for a thirty day

continuance in order to appropriately and adequately prepare for sentencing in this case.

Since the last court appearance, undersigned counsel has met with Mr. Lee in order to

counsel and advise him as to the status of his case.  In light of these discussions, undersigned

counsel believes that Mr. Lee is no longer interested in pursuing an action with regard to

withdrawal of his guilty plea.  However, undersigned counsel needs more time to thoroughly

explore and prepare for sentencing in this case.  In order to adequately prepare for sentencing in

this case, and in the interest of justice, undersigned counsel requests that the sentencing in this

matter be continued for an additional thirty days beyond the date in which he is currently

scheduled.  All parties are available for sentencing in this matter on November 5, 2007.

Further, the government, per Assistant United States Attorney Louis Ramos, does not

oppose this request.  Upon learning that Mr. Ramos is away from the office until September 19,

2007, undersigned counsel contacted Mr. Ramos's supervisor Assistant United States Attorney,

Anthony Alexis to confirm that Mr. Ramos would be available on November 5, 2007

WHEREFORE, counsel for the Defendant respectfully requests that this motion be

granted.


Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/

_____
Dani Jahn
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C.  20004
(202) 208-7500

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Crim. No.  07-132 (JR)** |
| | : | |
| **JARVIS ANTHONY LEE,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

Upon consideration of the Defendant's Unopposed Motion to Continue the Sentencing

Hearing, and in light of the entire record in this matter, it is hereby

**ORDERED** that the motion is granted; and it is further

**ORDERED** that the sentencing in this matter is rescheduled for _____ ,

2007 at __:___ a.m./p.m..

**IT IS SO ORDERED** this _____ day of _____ , 2007.

_____
THE HONORABLE JAMES ROBERTSON
UNITED STATES DISTRICT COURT JUDGE